PEER COMMUNICATIONS CORPORATION, Plaintiff–Appellant,

v.

SKYPE TECHNOLOGIES SA, Skype, Inc., and Ebay, Inc., Defendants–Appellees.

No. 2009–1069.

United States Court of Appeals, Federal Circuit.

Oct. 6, 2009.

Michael T. Cooke, Friedman, Suder & Cooke, of Fort Worth, TX, argued for plaintiff-appellant. With him on the brief was Jonathan T. Suder. Of counsel on the brief were Edward R. Nelson, III, and Steven W. Hartsell, Nelson Bumgardner Casto, P.C., of Fort Worth, Texas. Of counsel was Stephen D. Susman, Susman Godfrey L.L.P., of Houston, Texas.

Andrei Iancu, Irell & Manella LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief were Morgan Chu, Alan J. Heinrich and Benjamin T. Wang.

Before MAYER, RADER, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.  See* Fed. Cir. R. 36.